# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| RENTON ALEXANDER, | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION NO. 13-0606-CG-C |
| TYRONE BROOKS, | ) |
| Defendant. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Plaintiff's Complaint be and is hereby **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(i), as frivolous.

**DONE and ORDERED** this 24th day of April, 2014.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE