IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **RENTON ALEXANDER,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 13-0606-CG-C |
| | ) | |
| **TYRONE BROOKS,** | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

It is **ORDERED, ADJUDGED**, and **DECREED** that Plaintiff's Complaint be and is hereby **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(i), as frivolous.

**DONE and ORDERED** this 24th day of April, 2014.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE